155 A.3d 440

KING

v.

**DEPT. OF HEALTH & MENTAL HYGIENE**

**Pet. Docket No. 536, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Motion denied by the Court of Special Appeals (No. 1646, Sept. Term, 2016).

Petition for writ of certiorari denied

■

155 A.3d 440

**LAWSON, James Granville**

v.

**STATE of Maryland**

**Pet. Docket No. 501, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2708, Sept. Term, 2015).

Petition for writ of certiorari denied